JENNIFER WITHERELL CRASTZ – SBN 185487
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
email: jcrastz@hrhlaw.com

Attorneys for creditor, BMO HARRIS BANK N.A.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 21-12598 |
| YINGCHUN LOU, | CHAPTER 7 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE** |

TO CLERK OF THIS COURT, DEBTOR, DEBTOR'S ATTORNEY, CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:

    PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise. Said notices shall be sent as follows:

1  Jennifer Witherell Crastz, Esq.
   HEMAR, ROUSSO & HEALD, LLP
2  15910 Ventura Boulevard, 12th Floor
   Encino, California 91436-2829
3  Tel. No. (818) 501-3800
   Fax No. (818) 501-2985
4  email: jcrastz@hrhlaw.com

5

6     The undersigned represents BMO HARRIS BANK N.A., a creditor and party in interest as

7  to the above estate.

8  DATED: November 11, 2021                    HEMAR, ROUSSO & HEALD, LLP

9
                                               /s/ *Jennifer Witherell Crastz*
10                                      BY: _____
                                               JENNIFER WITHERELL CRASTZ
11                                             Attorneys for Creditor,
                                               BMO HARRIS BANK N.A.
12