3
GREGORY S. POWELL, State Bar No. 182199
Assistant United States Trustee
JASON BLUMBERG, State Bar No. 330150
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California  93721
Telephone:  (559) 487-5002
Facsimile:  (559) 487-5030
E-mail: jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In Re: | Case No. 21-12598-B-7 |
| | Chapter 7 |
| YINGCHUN LOU, | DCN: UST-1 |
| | |
| | Date:  March 15, 2022 |
| | Time:  1:30 p.m. |
| | Place:  United States Courthouse |
| | Courtroom 13, Fifth Floor |
| | 2500 Tulare Street |
| Debtor(s). | Fresno, CA |
| | Judge:  René Lastreto II |

**MOTION OF THE UNITED STATES TRUSTEE FOR EXTENSION OF TIME
FOR FILING (I) AN OBJECTION TO DEBTOR'S DISCHARGE,
AND (II) A MOTION TO DISMISS UNDER 11 U.S.C. § 707(b)**

Tracy Hope Davis, the United States Trustee for Region 17 (the "UST"), by and through her undersigned counsel, hereby moves (the "Motion") the Court for an order extending the UST's deadline for (i) objecting to the Debtor's discharge under 11 U.S.C. § 727 to **March 31, 2022** and (ii) filing a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) to **March 31, 2022**. As discussed below, the Debtor has stipulated to this extension.

1

## I.    FACTUAL BACKGROUND

1.    On November 9, 2021, the Debtor filed a voluntary Chapter 7 bankruptcy petition. See ECF No. 1.

2.    The first Meeting of Creditors was scheduled for December 3, 2021 and continued to January 4, 2022, and January 18, 2022, at which time the meeting was concluded. See ECF Docket generally.

3.    The UST is investigating whether it is appropriate to file (i) a motion to dismiss this case for abuse pursuant to 11 U.S.C. §§ 707(b)(1) and 707(b)(3) (i.e., bad faith and totality of the circumstances abuse), or (ii) an objection to discharge pursuant to 11 U.S.C. § 727.

4.    The deadline for the UST to file a motion to dismiss this case for abuse pursuant to 11 U.S.C. §§ 707(b)(1) and (3) or an adversary complaint to deny discharge under 11 U.S.C. § 727 expires on February 1, 2022. See Fed. R. Bankr. P. 1017(e)(1) and 4004(a).

5.    The Debtor and the UST have entered into a stipulation to extend the time for the UST to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3) and an adversary complaint to deny discharge under 11 U.S.C. § 727 up to and including **March 31, 2022**.  A copy of the stipulation is filed herewith.

## II.    AUTHORITIES & DISCUSSION

6.    Federal Rule of Bankruptcy Procedure 1017(e)(1) states that "[e]xcept as otherwise provided in § 704(b)(2) [which sets the deadline for filing a motion to dismiss based on "presumed abuse" under § 707(b)(2)], a motion to dismiss a case for abuse under § 707(b) or (c) may be filed only within 60 days after the first date set for the meeting of creditors under § 341(a), unless, on request filed before the time has expired, the court for cause extends the time for filing the motion to dismiss." See Fed. R. Bankr. P. 1017(e)(1) (emphasis added).

7.      Similarly, Fed. R. Bankr. P. 4004(a) provides that a complaint objecting to a debtor's discharge under 11 U.S.C. § 727(a) must be filed not later than 60 days following the first date set for the meeting of creditors.  The court may extend for cause the time for filing a complaint objecting to discharge so long as the motion is made before such time has expired. See Fed. R. Bankr. Proc. 4004(b).

8.      Good cause exists to extend the time for the UST to move to dismiss this case under 11 U.S.C. § 707(b) or object to discharge under 11 U.S.C. § 727, because the Debtor and the UST have entered into a stipulation to extend those deadlines.  An extension of time is needed to allow the UST time to complete her investigation with respect to this case.

### III.      CONCLUSION

WHEREFORE, the UST respectfully requests that the Court enter an Order extending the UST's deadline for (i) objecting to the Debtor's discharge under 11 U.S.C. § 727 up to and including **March 31, 2022**, and (ii) filing a motion to dismiss under 11 U.S.C. § 707(b)(1) and (3) up to and including **March 31, 2022**.


Dated: January 28, 2022.

                                        Respectfully submitted,

                                        TRACY HOPE DAVIS,
                                        UNITED STATES TRUSTEE

                                        By:/s/ Jason Blumberg_____
                                        JASON BLUMBERG
                                        Trial Attorney
                                        Office of the United States Trustee
                                        501 "I" Street, Suite 7-500
                                        Sacramento, CA 95814-2322
                                        Direct Phone: (916) 930-2076
                                        Fax: (916) 930-2099
                                        E-mail: Jason.blumberg@usdoj.gov