JOHN H. KIM [SBN 219975]
jhkim@cookseylaw.com
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
(714) 431-1100; FAX: (714) 431-1119

Attorneys for Movant, FORD MOTOR CREDIT COMPANY LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re<br><br>YINGCHUN LOU<br><br>_____ Debtor(s).<br><br>FORD MOTOR CREDIT COMPANY LLC<br><br>Movant.<br><br>vs.<br><br>YINGCHUN LOU; and JEFFREY M. VETTER, Trustee;<br><br>Respondents. | Case No. 21-12598-B-7<br><br>CHAPTER 7<br><br>DC No.: JHK-1<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br><u>Hearing Date and Time:</u><br>Date: February 2, 2022<br>Time: 10:00 AM<br>Ctrm: 510 19th Street<br>     Bakersfield, CA 93301 |

    A Motion for Relief from the Automatic Stay was noticed in the within matter and filed by FORD MOTOR CREDIT COMPANY LLC ("Movant"). No responsive pleadings were filed by the Debtor and no opposition papers were filed by the Chapter 7 Trustee. The Court, having read the various pleadings, documents and proceedings herein and proper service having been made, and having found cause to terminate the Automatic Stay herein, orders as follows:

///

///

RECEIVED
February 02, 2022
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007060009

1  IT IS HEREBY ORDERED that in regard to the personal property described as a 2020
2  FORD T250, VIN: 1FTBR1C84LKA13879, the Automatic Stay is terminated as to Debtor and
3  Debtor's bankruptcy estate such that Movant may proceed to enforce any and all of its rights and
4  remedies pertaining to the liquidation of the Vehicle pursuant to the contract and as allowed by state
5  law.
6  IT IS FURTHER ORDERED that the 14-day stay provided by Federal Rule of Bankruptcy
7  Procedure 4001(a)(3) is waived.

Dated: Feb 02, 2022

DATED:

By the Court

*/s/ René Lastreto II*
René Lastreto II, Judge
United States Bankruptcy Court