4
GREGORY S. POWELL, State Bar No. 182199
Assistant United States Trustee
JASON BLUMBERG, State Bar No. 330150
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Facsimile: (559) 487-5030
E-mail: jason.blumberg@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CASE NO.: 21-12598-B-7 |
| YINGCHUN LOU, | DCN No.: UST-2 |
| Debtor. | |
| _____/ | |
| TRACY HOPE DAVIS, | |
| UNITED STATES TRUSTEE, | |
| Plaintiff, | ADV. PROC. NO.: 22-01008 |
| v. | |
| YINGCHUN LOU, | |
| Defendant. | |
| _____/ | |

**STIPULATION TO (I) DISMISSAL OF BANKRUPTCY CASE WITH 2-YEAR BAR TO REFILING AND (II) DISMISSAL OF ADVERSARY PROCEEDING**

1

Filed 04/19/22 Case 21-12598 Doc 64

The Plaintiff, Tracy Hope Davis, the United States Trustee for Region 17 (the "Plaintiff"), by and through her undersigned attorney, and the above-referenced debtor YINGCHUN LOU (the "Debtor") hereby agree and stipulate to the terms set forth below.

**WHEREAS**, on November 9, 2021, the Debtor commenced the above-captioned bankruptcy case (Case No. 21-12598-B-7) (the "Main Bankruptcy Case"); and

**WHEREAS**, on March 30, 2022, the Plaintiff commenced the above-captioned adversary proceeding (Adv. Proc. No. 22-01008-B) (the "Adversary Proceeding"); and

**WHEREAS**, in the Adversary Proceeding, the Plaintiff seeks a judgment denying the Debtor's discharge in the Main Bankruptcy Case pursuant to 11 U.S.C. §§ 727(a)(4)(A) and 727(a)(5); and

**WHEREAS**, the Plaintiff and the Debtor now wish to resolve the Adversary Proceeding on the terms set forth below.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** by and between the parties hereto that:

1. The Debtor consents to the dismissal of the Main Bankruptcy Case. The Debtor further agrees that the order dismissing the Main Bankruptcy Case (the "Order") shall prohibit the Debtor from filing, or from causing to be filed, any subsequent petition for relief under the Bankruptcy Code for a period of **two years** from the date of entry of the Order.

2. Upon the dismissal of the Main Bankruptcy Case and the entry of the Order (with the 2 year bar to refiling), the Plaintiff shall seek the dismissal of the Adversary Proceeding (without prejudice to Plaintiff's rights under 11 U.S.C. § 524(b)).

3. The Debtor hereby acknowledges that she has had the opportunity to seek advice from legal counsel, and that she understands the legal consequences that she will suffer if the Court enters the Order pursuant to this Stipulation.

4. The Debtor waives all rights to appeal the entry of the Order.

5. Should the Court reject the above stipulations, the undersigned parties shall be free to proceed litigating the merits of the Adversary Proceeding.

6. Facsimile or scanned copies of signatures on this Stipulation are acceptable, and a facsimile or scanned copy of a signature on this Stipulation is deemed an original.

7. This Stipulation may be changed, modified or otherwise altered only by a writing executed by all parties hereto. Oral modifications are not permitted.

8. This Stipulation may be executed in counterparts, each of which is deemed an original, but when taken together shall constitute one and the same document.

///

///

///

9. The above stipulations constitute the entire agreement between the undersigned parties. The undersigned parties acknowledge and agree that the Plaintiff has not made and/or given any other representation, promise, inducement, or reward, and/or given or promised to give any other consideration of any kind whatsoever to the Debtor, or anyone else on her behalf.

**IT IS SO STIPULATED BY:**

_____  Dated: 04/14/2022
YINGCHUN LOU

_____  Dated: _____
Jason Blumberg
Attorney for the Plaintiff,
United States Trustee, Region 17

Approved as to form:

_____  Dated: 04/18/2022
Sam X. J. Wu, Esq.
Counsel for Yingchun Lou

9. The above stipulations constitute the entire agreement between the undersigned parties. The undersigned parties acknowledge and agree that the Plaintiff has not made and/or given any other representation, promise, inducement, or reward, and/or given or promised to give any other consideration of any kind whatsoever to the Debtor, or anyone else on her behalf.

**IT IS SO STIPULATED BY:**

_____  Dated:_____
YINGCHUN LOU

*/s/ Jason Blumberg*  Dated: 4/19/22
Jason Blumberg
Attorney for the Plaintiff,
United States Trustee, Region 17

Approved as to form:

_____  Dated:_____
Sam X. J. Wu, Esq.
Counsel for Yingchun Lou

4