FORM L70 Notice of Entry of Order of Dismissal (v.2.13)     21–12598 – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**
**2500 Tulare Street, Suite 2501**
**Fresno, CA 93721–1318**

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER OF DISMISSAL

**Case Number:** 21–12598 – B – 7

Debtor Name(s), Social Security Number(s), and Address(es):

Yingchun Lou
xxx–xx–3858

4611 Kaytlain Ave
Bakersfield, CA 93313

**NOTICE IS HEREBY GIVEN THAT:**

An order dismissing debtor Yingchun Lou was entered on the docket in this case on June 7, 2022. The document number and docket text for this order are set forth below.

**[69] – Order Granting 62 Motion/Application to Dismiss Case [UST–2] (fdis)**

Dated:
6/7/22

For the Court,
Wayne Blackwelder , Clerk